IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA                                                          PLAINTIFF

vs.                                                                   CRIMINAL NO. 5:10-CR-6-DCB-FKB

JOHNNY EDWARD HAGGARD                                                             DEFENDANT

## ORDER ALLOWING REMISSION OF FINE

THIS CAUSE came on for consideration on United States' Motion for Remission of Fine [#38] in accordance with the provisions of 18 U.S.C. § 3573.

The Court has considered the Motion and finds that it is well-taken and should be granted.

WHEREFORE, PREMISES CONSIDERED, the unpaid portion of the fine imposed on June 21, 2011, is hereby remitted.

SO ORDERED, this the 3rd day of January, 2017.

                                                           s/David Bramlette
                                                         HONORABLE DAVID C. BRAMLETTE
                                                         UNITED STATES DISTRICT JUDGE